UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |
| This Document Relates To All Cases Listed in Exhibit A | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the Complaint and all claims of the Plaintiffs listed on Exhibit A against Defendants JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER, INC., KENVUE, INC., JOHNSON & JOHNSON (NA), INC., JANSSEN PHARMACEUTICALS, INC., and LTL MANAGEMENT LLC are dismissed in their entirety, with prejudice, with each party to bear its own costs.

IT IS FURTHER STIPULATED AND AGREED that the dismissal shall have no effect on the Plaintiff's right to file a claim in the future should the Plaintiff be diagnosed with epithelial ovarian cancer (i.e., diagnosis of ovarian cancer, fallopian tube cancer, or primary peritoneal cancer).

IT IS FURTHER STIPULATED AND AGREED that, should any Plaintiff listed on Exhibit A elect to refile their action at a later date, such case shall be refiled in the above-captioned multidistrict litigation, *In Re: Johnson & Johnson Talcum*

*Powder Products Marketing, Sales Practices, And Products Liability Litigation*, Master Docket No. 3:16-md-2738.

Dated: November 11, 2025

        Respectfully submitted,

        */s/ Jeff Benton*
        Jeff Benton
        **The Benton Law Firm**
        1825 Market Center Blvd., Suite 350
        Dallas, Texas 75207
        Tel.: (214) 777-7777
        Email: jeff@jeffbenton.com
        *Attorneys for Plaintiff*

        */s/ Jessica L. Brennan*
        Jessica L. Brennan
        **BARNES & THORNBURG LLP**
        67 E. Park Place, Suite 1000
        Morristown, NJ 07960
        Tel.: 973-775-6120
        jessica.brennan@btlaw.com
        *Attorneys for the Johnson & Johnson Defendants*

# Exhibit A

| Plaintiff's Name | Law Firm | Case Number |
|---|---|---|
| MAMIE FINGERS | The Benton Law Firm | 3:21-cv-03353 |
| SHANNON SANTIAGO | The Benton Law Firm | 3:21-cv-12817 |
| KIMBERLY TAHCHAWWICKAH | The Benton Law Firm | 3:21-cv-12821 |
| DEBORAH SAVAGE | The Benton Law Firm | 3:21-cv-12818 |
| CAROL RAK-PIETRYLA | The Benton Law Firm | 3:21-cv-12859 |
| GERALDINE CALDWELL | The Benton Law Firm | 3:21-cv-13148 |
| RUBY SMITH | The Benton Law Firm | 3:21-cv-13334 |
| MARGARET WALTERS | The Benton Law Firm | 3:21-cv-07211 |
| ANN KAELIN | The Benton Law Firm | 3:21-cv-00495 |
| WILLIAMS EVA | The Benton Law Firm | 3:21-cv-14216 |
| RUSH SHIRLEY | The Benton Law Firm | 3:21-cv-14214 |
| SPILLERS DANA | The Benton Law Firm | 3:21-cv-14215 |
| BOLTON DIANE | The Benton Law Firm | 3:21-cv-14212 |
| WAYNETTE ADAMS | The Benton Law Firm | 3:21-cv-14211 |
| ROLANDA REYNOLDS | The Benton Law Firm | 3:21-cv-02928 |
| JOAN TULLY | The Benton Law Firm | 3:21-cv-00814 |
| MARY ROBINSON | The Benton Law Firm | 3:21-cv-01664 |
| GLORIA JONES | The Benton Law Firm | 3:21-cv-04540 |
| HEATHER GRZYB | The Benton Law Firm | 3:21-cv-04529 |
| MARTHA OREM ROBINSON | The Benton Law Firm | 3:21-cv-04778 |
| BETTY GATES | The Benton Law Firm | 3:21-cv-01063 |
| JESSICA WATTS | The Benton Law Firm | 3:21-cv-04992 |
| GWENDOLYN BAHAM | The Benton Law Firm | 3:21-cv-02924 |
| BETTY SELLARS | The Benton Law Firm | 3:21-cv-01660 |
| LEE HINES | The Benton Law Firm | 3:21-cv-01064 |
| DORIS NORRIS | The Benton Law Firm | 3:21-cv-07210 |
| VIRGINIA THOMPSON | The Benton Law Firm | 3:21-cv-04786 |
| PAMELA WITHROW | The Benton Law Firm | 3:21-cv-00310 |
| SHERYLL HARPER | The Benton Law Firm | 3:21-cv-08093 |
| AMANDA LOPEZ | The Benton Law Firm | 3:21-cv-07203 |
| KATHRYN HARRELSON | The Benton Law Firm | 3:21-cv-07193 |
| DEEDEE SHORT | The Benton Law Firm | 3:21-cv-07724 |
| JERI MEACHEM | The Benton Law Firm | 3:21-cv-04988 |
| CATHY CARLETON | The Benton Law Firm | 3:21-cv-01062 |
| WILLIE CHENNAULT | The Benton Law Firm | 3:21-cv-02611 |
| LINDA NICHOLSON | The Benton Law Firm | 3:21-cv-03356 |
| BARBARA DAWSON | The Benton Law Firm | 3:21-cv-07183 |
| ANTOINETTE JOHNSON | The Benton Law Firm | 3:21-cv-07709 |
| EILEEN DEMSKI | The Benton Law Firm | 3:21-cv-02612 |

| | | |
|---|---|---|
| SURENTHIA JENKINS | The Benton Law Firm | 3:21-cv-07198 |
| EMMA REED | The Benton Law Firm | 3:21-cv-00502 |
| VIRGINIA BIGGS | The Benton Law Firm | 3:21-cv-07174 |
| MOHANIE BHOJ | The Benton Law Firm | 3:21-cv-15102 |
| LINDA CLARK | The Benton Law Firm | 3:21-cv-04988 |
| LEATHE COLEMAN | The Benton Law Firm | 3:20-cv-13042 |
| BRITTANI COOK | The Benton Law Firm | 3:20-cv-12143 |
| SHIRLEY HARSTAD | The Benton Law Firm | 3:21-cv-00711 |
| DARLENE HEMPHILL | The Benton Law Firm | 3:20-cv-15646 |
| EMMA LUTZ | The Benton Law Firm | 3:20-cv-14386 |
| DOROTHY MARTIN | The Benton Law Firm | 3:20-cv-16583 |
| EUSEBIA MIJANGOS | The Benton Law Firm | 3:20-cv-16369 |
| TIFFANY MOSS HICKS | The Benton Law Firm | 3:20-cv-12139 |
| ALICIA MULLICA | The Benton Law Firm | 3:20-cv-15045 |
| EMMA POLLITT | The Benton Law Firm | 3:21-cv-00526 |
| MERCEDES PASCUAL | The Benton Law Firm | 3:20-cv-15076 |
| CHRISTINE PATTERSON | The Benton Law Firm | 3:20-cv-15491 |
| NILDA PEREZ | The Benton Law Firm | 3:20-cv-16290 |
| ARLENE SHERMAN | The Benton Law Firm | 3:20-cv-10254 |
| SANDRA SMITH | The Benton Law Firm | 3:20-cv-10407 |
| BETTY SPELLER | The Benton Law Firm | 3:20-cv-15652 |
| BETTY THOMAS | The Benton Law Firm | 3:20-cv-15062 |
| PATRINA THOMPSON | The Benton Law Firm | 3:20-cv-15653 |
| TANIA VIGIL | The Benton Law Firm | 3:20-cv-16337 |
| MARY WAGNER | The Benton Law Firm | 3:20-cv-10403 |
| DAWNISE WILLIAMS | The Benton Law Firm | 3:20-cv-10706 |